DICKSON et al., Appellants, v. CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY, Respondent.

(161 N. W. 813.)

(File No. 4012. Opinion filed March 22, 1917.)

**Appeals—Abandonment of Appeal—No Briefs, Etc.—Affirmance.**

Where, within about two months after record for review was settled, notice of appeal and undertaking on appeal were served on defendant's counsel, and certified copy of notice of appeal and undertaking filed in Supreme Court, and nearly a year has expired since those steps were taken, no briefs, stipulation, or other papers in the case having since been filed in Supreme Court, the appeal will be deemed abandoned, and judgment below affirmed.

Appeal from Circuit Court, Bon Homme County. Hon. Robert B. Tripp, Judge.

Action by C. J. Dickson and others, against the Chicago, Milwaukee & St. Paul Railway Company. From a judgment for defendant, plaintiffs appeal. Affirmed.

*Sterling & Clark,* and *Jas. L. Meighen,* for Appellants.

*William G. Porter* and *Ed. L. Grantham,* for Respondent.

SMITH, J. The record for review in this case was settled March 11, 1916. On March 23, 1916, notice of appeal and an undertaking on appeal were served on defendant's attorneys, and on March 27, 1916, upon the clerk of courts of Bon Homme county, and filed the same date. On April 1, 1916, a certified copy of the notice of appeal was filed in this court, and the undertaking on appeal was filed May 3, 1916. Since that date no briefs, stipulation, or other papers in the case have been filed in this court.

Under the rule and decisions of this court, the appeal will be deemed abandoned, and the judgment of the trial court is affirmed.